**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**CENTENNIAL BANK,**

     **Plaintiff,**

v.                                             **CASE NO. 5:12-cv-114-RS-EMT**

**HEINZ W. FALKE, ELIZABETH
D. FALKE, and MARSHA B. BARBARIA,**

     **Defendants.**

_____/

## **ORDER**

Before me is the Magistrate Judge's Order and Report and Recommendation (Doc. 48). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's Motion for Summary Final Judgment (Doc. 19) is **GRANTED** as to Defendants Heinz W. Falke and Elizabeth D. Falke.

3. Plaintiff's request for certification pursuant to Fed. R. Civ. P. 54(b) of the judgment against Defendants Heinz W. Falke and Elizabeth D. Falke (Doc. 40) is **GRANTED**. There is no just reason for delay of entry of a final judgment against the non-bankrupt Defendants.

4. Plaintiff shall submit not later than March 25, 2013, calculations of the current balance of the outstanding indebtedness including principal, accrued interest, late fees and appraisal fee. The Clerk shall enter final judgment in favor of Plaintiff and against Defendants Heinz W. Falke and Elizabeth D. Falke, jointly and severally, in that amount.

5. Plaintiff may submit not later than March 25, 2013, a motion for attorneys' fees, in compliance with N.D. Fla. Loc. R. 54.1(D).

**ORDERED** on March 12, 2013.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**