IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CENTENNIAL BANK,
      Plaintiff,
vs.                                     Case No.: 5:12cv114/RS/EMT

HEINZ W. FALKE, ELIZABETH D. FALKE, and
MARSHA B. BARBARIA,
      Defendants.
_____/

## REPORT AND RECOMMENDATION

      Plaintiff Centennial Bank has filed a motion for attorneys' fees (doc. 55), as authorized by the district court in its order dated March 12, 2013 (doc. 52) adopting this court's recommendation that summary judgment be granted in Plaintiff's favor as to Defendants Heinz W. Falke and Elizabeth D. Falke.[1]  Defendants have not responded to the motion for attorneys' fees.

      Plaintiff initiated this diversity action under 28 U.S.C. § 1332 by filing a complaint asserting Defendants' breach of contract related to a promissory note (doc. 1).  Under the terms of the promissory note and renewal notes at issue in this case Defendants agreed to pay the costs and expenses of collection in the event of default, including Plaintiff's reasonable attorneys' fees (*see* docs. 1-1 at 2; 1-2 at 2; and 1-3 at 2).  As Plaintiff has obtained a judgment for damages in its favor, thereby making it the prevailing party, it is entitled to recover its reasonable attorneys' fees.  *See* Garcia v. Garcia, 900 So. 2d 606, 608 (Fla. 3d DCA 2005) (prevailing party is entitled to an award of reasonable attorneys' fees where a contract between the parties entitles the award).  This court

---

[1]  Plaintiff filed a notice of suggestion of bankruptcy as to Defendant Marsha B. Barbaria (doc. 40).  Thus, pursuant to 11 U.S.C. § 362, a stay of these proceedings is automatically in effect as to this Defendant only.  In accordance with the district court's instructions in its order dated March 12, 2013, judgment has been entered against Defendants Heinz W. Falke and Elizabeth D. Falke in the amount of $189,358.27, jointly and severally (*see* docs. 56, 57).

therefore recommends that Plaintiff's motion for attorneys' fees be granted and that Plaintiff be directed to comply with the provisions of N.D. Fla. Loc. R. 54.1(E) so that the court may determine the amount of attorneys' fees to be awarded.

Accordingly, it is respectfully **RECOMMENDED** that:

1.      Plaintiff's motion for attorneys' fees (doc. 55) be **GRANTED.**

2.      Plaintiff be directed to comply with the provisions of N.D. Fla. Loc. R. 54.1(E) within fourteen (14) days of the adoption of this Report and Recommendation so that the court may determine the amount of attorneys' fees to be awarded.

At Pensacola, Florida this 22nd day of April 2013.


*/s/ Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of objections shall be served upon the magistrate judge and all other parties. Failure to object may limit the scope of appellate review of factual findings.** *See* **28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**