# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**CENTENNIAL BANK,**

  **Plaintiff,**

v.         **CASE NO. 5:12-cv-114-RS-EMT**

**HEINZ W. FALKE, ELIZABETH
D. FALKE, and MARSHA B. BARBARIA,**

  **Defendants.**

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 58). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's Motion to Determine entitlement to Attorney's Fees (Doc. 55) is **GRANTED**.

3. Plaintiff shall comply with the provisions of N.D. Fla. Loc. R. 54.1(E) by filing the appropriate documents not later than June 5, 2013, so that the court may determine the amount of attorneys' fees to be awarded.

**ORDERED** on May 22, 2013.

                                       <u>/S/ Richard Smoak</u>
                                       **RICHARD SMOAK**
                                       **UNITED STATES DISTRICT JUDGE**