IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**CENTENNIAL BANK,**

    **Plaintiff,**

v.                                 **CASE NO. 5:12-cv-114-RS-EMT**

**HEINZ W. FALKE, ELIZABETH
D. FALKE, and MARSHA B.
BARBARIA,**

    **Defendants.**
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 68). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Defendant H. Falke and Defendant E. Falke are directed to pay Plaintiff $7,122.84 in attorneys' fees.

3. The clerk is directed to close the file.

**ORDERED** on August 12, 2013.

                                /S/ Richard Smoak
                                **RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**